IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01395-DME

JOSEPH BENJAMIN TRUJILLO,

    Applicant,

v.

LISA SAILOR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Amended Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Joseph Benjamin Trujillo*, Denver District Court Case No. 07CR6518, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

(1)    Clerk of the Court
         Denver County District Court
         1437 Bannock Street
         Denver, Colorado 80202;

(2)   Assistant Solicitor General
      Appellate Division
      Office of the Attorney General
      1525 Sherman Street
      Denver, Colorado  80203; and

(3)   Court Services Manager
      State Court Administrator's Office
      101 W. Colfax, Ste. 500
      Denver, Colorado  80202.

DATED September 7, 2011, at Denver, Colorado.

                                                  BY THE COURT:

                                                  *s/ David M. Ebel*

                                                  David M. Ebel, Senior Judge
                                                  United States District Court